# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SALIF COULIBALY, )<br>)<br>    Plaintiff, )<br>) Case No. 1:21-cv-00131-LPS<br>v. )<br>)<br>ALASKA COMMUNICATIONS )<br>SYSTEMS GROUP, INC., DAVID W. )<br>KARP, PETER D. AQUINO, WAYNE )<br>BARR, JR., BILL BISHOP, BENJAMIN C. )<br>DUSTER, IV, and SHELLY LOMBARD, )<br>)<br>    Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 15, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
    Seth D. Rigrodsky (#3147)
    Gina M. Serra (#5387)
    Herbert W. Mondros (#3308)
    300 Delaware Avenue, Suite 210
    Wilmington, DE 19801
    Telephone: (302) 295-5310
    Facsimile: (302) 654-7530
    Email: sdr@rl-legal.com
    Email: gms@rl-legal.com
    Email: hwm@rl-legal.com

*Attorneys for Plaintiff*